IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| JACK AND LORENE DAVIS, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>THE UNITED STATES FOREST SERVICE, a political subdivision of the United States of America; and MONTANA FISH, WILDLIFE AND PARKS, a political subdivision of the State of Montana,<br><br>Defendants. | CV-24-93-BLG-SPW<br><br><br><br>ORDER GRANTING MOTION TO EXTEND STAY |

Upon the Defendant's Unopposed Motion to Extend Stay (Doc. 29) in the above-entitled matter pending settlement negotiations, and for good cause appearing,

**IT IS HEREBY ORDERED** that Defendant's Motion (Doc. 29) is **GRANTED**. This matter remains **STAYED** through **August 4, 2025**.

1

**IT IS FURTHER ORDERED** that the parties shall file either a stipulation for dismissal or a joint status report with the Court on or before **August 4, 2025** apprising the Court of the progress of settlement negotiations.

In the event that the parties are unable to arrive at a final settlement of the issues being litigated in this matter, any party may move the Court for a Scheduling Conference and to re-establish pretrial filing deadlines.

The Clerk of Court is directed to notify the parties of the making of this Order.

DATED this 2nd day of June, 2025.

SUSAN P. WATTERS
United States District Judge

2